## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Maurice L. Harsh
      Kelly J. Harsh

**BK NO. 20-02309 HWV**

              Debtor(s)

**Chapter 13**


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 and index same on the master mailing list.


              Respectfully submitted,

/s/ James C. Warmbrodt
_____
James Warmbrodt
10 Aug 2020, 15:40:38, EDT


              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322

Document ID: 1c0ec5fea9aa48c209260702d12a52a3f4971b3cc3e67c6250d08dada49ed1c9