Certificate Number: 17572-PAM-DE-034828491

Bankruptcy Case Number: 20-02309



17572-PAM-DE-034828491

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2020, at 5:56 o'clock PM PDT, Maurice L Harsh completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 30, 2020

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor