Certificate Number: 17572-PAM-DE-034828492

Bankruptcy Case Number: 20-02309


17572-PAM-DE-034828492

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2020, at 5:56 o'clock PM PDT, Kelly J Harsh completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   August 30, 2020               By:    /s/Judy Alexander

                                      Name:  Judy Alexander

                                      Title: Counselor