```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                   Case No. 20-02309-HWV
Maurice L. Harsh                                                         Chapter 13
Kelly J Harsh
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2            Date Rcvd: Sep 04, 2020
                               Form ID: ntcnfhrg            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db/jdb         +Maurice L. Harsh,    Kelly J Harsh,    456 Mt. Pleasant Road,    Fayetteville, PA 17222-9305
5348383         American oradius International,    2420 Sweet Home Rd., Ste 150,    Buffalo, NY 14228-2244
5348384         Avant,    PO Box 1429,    Carol Stream, IL 60132-1429
5348385         Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
5348386         Barclay Card - Mercury Card,    PO Box 13337,    Philadelphia, PA 19101-3337
5348389         Citicard Client Services - Sunoco,    PO Box 1503,    Saint Peters, MO 63376-0027
5348392         First Bankcard - Chrysler,    PO Box 2557,    Omaha, NE 68103-2557
5348393         First Bankcard - Sheetz,    PO Box 2557,    Omaha, NE 68103-2557
5348394         First National,    PO Box 5097,    Sioux Falls, SD 57117-5097
5348396        +Law Office of Frederick I. Weinberg,    & Associates, P.C.,    375 E. Elm St., Ste. 210,
                 Conshohocken, PA 19428-1973
5348398        +Mariner Finance,    40 Noble Blvd., Suuite 22,    Carlisle, PA 17013-4122
5348399        +NCB Management,    PO Box 1099,    Langhorne, PA 19047-6099
5349937       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,    1620 Dodge Street, Stop Code 3129,
                 Omaha, Nebraska 68197)
5348401        +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
5348404        +Target,    PO Box 9500,    Minneapolis, MN 55440-9500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 19:34:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5348381         E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 04 2020 19:24:07       Alliance One,
                 PO Box 3111,    Southeastern, PA 19398-3111
5350118         E-mail/Text: ally@ebn.phinsolutions.com Sep 04 2020 19:24:08       Ally Bank,    PO Box 130424,
                 Roseville, MN  55113-0004
5348382        +E-mail/Text: ally@ebn.phinsolutions.com Sep 04 2020 19:24:08       Ally Financial,
                 PO Box 380902,    Minneapolis, MN 55438-0902
5348387         E-mail/Text: cms-bk@cms-collect.com Sep 04 2020 19:24:16       Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
5348388         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 19:34:16       Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
5350753         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 19:34:00
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5348390         E-mail/PDF: DellBKNotifications@resurgent.com Sep 04 2020 19:34:41       Dell Financial,
                 1 Dell Way,    Round Rock, TX 78682
5348391         E-mail/Text: mrdiscen@discover.com Sep 04 2020 19:24:09       Discover,    PO Box 15316,
                 Wilmington, DE 19850
5350249         E-mail/Text: mrdiscen@discover.com Sep 04 2020 19:24:09       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5354582        +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 04 2020 19:24:26
                 First Financial Investment Fund Holdings, Llc,    Jefferson Capital Systems LLC Assignee,
                 Po Box 7999,    Saint Cloud Mn 56302-7999
5348395         E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 04 2020 19:24:14       Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5349987         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2020 19:34:07       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5348397        +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 19:34:33       Lowe's,    PO Box 103104,
                 Roswell, GA 30076-9104
5348400        +E-mail/Text: bankruptcy@patriotfcu.org Sep 04 2020 19:24:24       Patriot Federal Credit Union,
                 800 Wayne Avenue,    Chambersburg, PA 17201-3810
5348402         E-mail/Text: bk@rgsfinancial.com Sep 04 2020 19:24:08       RGS Financial, Inc.,    PO Box 852039,
                 Richardson, TX 75085-2039
5348403        +E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2020 19:24:36
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
5349134        +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 19:34:33       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5352563         E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2020 19:24:36
                 U.S. Bank National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5350832*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:

    Aaron John Neuharth   on behalf of Debtor 2 Kelly J Harsh aneuharth@neuharthlaw.com, smartin@neuharthlaw.com

    Aaron John Neuharth   on behalf of Debtor 1 Maurice L. Harsh aneuharth@neuharthlaw.com, smartin@neuharthlaw.com

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com

    James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com

    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Maurice L. Harsh, | Chapter 13 |
| **Debtor 1** | |
| Kelly J Harsh, | Case No. 1:20-bk-02309-HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 7, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 14, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737<br>(717) 901-2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 4, 2020 |

ntcnfhrg (03/18)