IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
Maurice L. Harsh, ) Case No. 1-20-2309
Kelly J. Harsh, ) Chapter 13
)
Debtors )

## AFFIDAVIT OF SERVICE

I, Shannon Martin, Paralegal, certify as follows:

That I am and at all time herein after mentioned was more than 18 years of age:

That on the 14th day of September 2020, I served a copy of:

**Corrected Notice**

ON: **everyone on the attached mailing matrix**, with all the original documents docketed at #25. The incorrect Notice was not served.

BY: Regular First-Class U.S. Mail or ECF Filing, as appropriate

I certify under the penalty of perjury that the foregoing is true and correct.


Date: September 24, 2020 /s/ Shannon Martin
Shannon Martin, Paralegal
Neuharth Law Offices
PO Box 359
Chambersburg, PA 17201
(717) 264-2939