Label Matrix for local noticing
0314-1
Case 1:20-bk-02309-HWV
Middle District of Pennsylvania
Harrisburg
Mon Sep 14 11:20:59 EDT 2020

Alliance One
PO Box 3111
Southeastern, PA 19398-3111

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

American oradius International
2420 Sweet Home Rd., Ste 150
Buffalo, NY 14228-2244

Avant
PO Box 1429
Carol Stream, IL 60132-1429

Barclay Card
PO Box 13337
Philadelphia, PA 19101-3337

Barclay Card - Mercury Card
PO Box 13337
Philadelphia, PA 19101-3337

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Citicard Client Services - Sunoco
PO Box 1503
Saint Peters, MO 63376-0027

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

First Bankcard - Chrysler
PO Box 2557
Omaha, NE 68103-2557

First Bankcard - Sheetz
PO Box 2557
Omaha, NE 68103-2557

First Financial Investment Fund Holdings, Ll
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

First National
PO Box 5097
Sioux Falls, SD 57117-5097

(p)PERI GARITE
ATTN CARD WORKS
101 CROSSWAYS PARK DR W
WOODBURY NY 11797-2020

Kelly J Harsh
456 Mt. Pleasant Road
Fayetteville, PA 17222-9305

Maurice L. Harsh
456 Mt. Pleasant Road
Fayetteville, PA 17222-9305

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Law Office of Frederick I. Weinberg
& Associates, P.C.
375 E. Elm St., Ste. 210
Conshohocken, PA 19428-1973

Lowe's
PO Box 103104
Roswell, GA 30076-9104

Mariner Finance
40 Noble Blvd., Suuite 22
Carlisle, PA 17013-4122

NCB Management
PO Box 1099
Langhorne, PA 19047-6099

Aaron John Neuharth
Neuharth Law Offices
PO Box 359
Chambersburg, PA 17201-0359

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Patriot Federal Credit Union<br>800 Wayne Avenue<br>Chambersburg, PA 17201-3810 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Prothonotary, Franklin County<br>157 Lincoln Way East<br>Chambersburg, PA 17201-2233 | RGS Financial, Inc.<br>PO Box 852039<br>Richardson, TX 75085-2039 | Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Target<br>PO Box 9500<br>Minneapolis, MN 55440-9500 | U.S. Bank National Association, et al<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial<br>1 Dell Way<br>Round Rock, TX 78682 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Discover<br>PO Box 15316<br>Wilmington, DE 19850 |
| First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, Nebraska 68197 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, as indentu

End of Label Matrix
Mailable recipients   40
Bypassed recipients    1
Total                 41