UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MAURICE L. HARSH and<br>KELLY J. HARSH<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| MAURICE L. HARSH and<br>KELLY J. HARSH<br>    Respondent(s) | : | CASE NO.   1-20-bk-02309 |

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this   30th   day of September, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.  More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

   a. Additional housing/utilities – Line 10 (duplicates Line 33).
   b. Plan payment calculation sum of Lines 34, 35, 36 45.
   c. Special circumstances – Line 43. (Justification)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:        /s/James K. Jones          
           Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 30th day of September, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Aaron John Neuharth, Esquire
P.O. Box 359
Chambersburg, PA   17201

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee