In re:  Case No. 20-02309-HWV

Maurice L. Harsh  Chapter 13

Kelly J Harsh

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Ally Bank, Anupama Singh, Claims Processor, AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma OK 73118-7901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5350118 | Email/Text: ally@ebn.phinsolutions.com | Nov 04 2020 19:04:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron John Neuharth | on behalf of Debtor 2 Kelly J Harsh aneuharth@neuharthlaw.com smartin@neuharthlaw.com |
| Aaron John Neuharth | on behalf of Debtor 1 Maurice L. Harsh aneuharth@neuharthlaw.com smartin@neuharthlaw.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Maurice L. Harsh,
     Kelly J. Harsh,                   : CHAPTER 13
        Debtors/Movants     :
                                      : Case No. 20-02309 HVW
     Vs.                                  :
     Ally Bank,
        Respondent                 :

ORDER

AND NOW, upon consideration of the Debtors' Objection to Claim #4 of Ally Bank and following Notice to Claimant of the Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim #4 of Ally Bank is hereby disallowed. Ally Bank is directed to liquidate the collateral and turn over to the trustee, Charles J. DeHart, III, any excess proceeds from the sale of said vehicle. Ally Bank is further directed to amend their Proof of Claim at Claim #4 and to include a detailed accounting of the claim.

Dated: November 4, 2020         By the Court,

                                            Henry W. Van Eck, Chief Bankruptcy Judge (CD)