IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
Maurice L. Harsh, ) Case No. 1-20-2309
Kelly J. Harsh, ) Chapter 13
)
Debtors )

## ACCEPTANCE OF SERVICE

NOW, this 4th day of February, 2021, I, Kay Bard, authorized agent for Patriot Federal Credit Union, hereby acknowledge receiving a copy of the 4th Amended Chapter 13 Plan filed on February 3, 2021, in the above case on the date below.

Date: 2/4/2021

_Kay Bard_
Kay Bard, Authorized Agent
Patriot Federal Credit Union