

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

20-02309

DEBTOR(S):

MAURICE L HARSH

KELLY J HARSH

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $7,826.30

CREDITOR'S SIGNATURE:

/s/ Julia Doan

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/17/2021