IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
   Maurice L. Harsh,                )   Case No. 20-02309
   Kelly J. Harsh,                  )   Chapter 13
                                    )
         Debtors                    )

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtors, Maurice L. Harsh and Kelly J. Harsh.

Date: 12/16/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

Please enter my appearance as attorney for the Debtors, Maurice L. Harsh and Kelly J. Harsh, in the above-captioned case.

Date: 3/15/22

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
Nicklas + Snyder
183 Lincoln Way East
Chambersburg PA 17201
(717) 414-7242