United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                  Case No. 20-02309-HWV

Maurice L. Harsh                                Chapter 13

Kelly J Harsh

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                               Page 1 of 3
Date Rcvd: Aug 21, 2025                       Form ID: 3180W                             Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maurice L. Harsh, Kelly J Harsh, 456 Mt. Pleasant Road, Fayetteville, PA 17222-9305 |
| 5348389 | | Citicard Client Services - Sunoco, PO Box 1503, Saint Peters, MO 63376-0027 |
| 5348392 | | First Bankcard - Chrysler, PO Box 2557, Omaha, NE 68103-2557 |
| 5348398 | + | Mariner Finance, 40 Noble Blvd., Suuite 22, Carlisle, PA 17013-4122 |
| 5348401 | | Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 18:53:34 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Aug 21 2025 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 19:05:23 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: AISACG.COM | Aug 21 2025 22:48:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5348381 | | Email/Text: kristin.villneauve@allianceoneinc.com | Aug 21 2025 18:45:00 | Alliance One, PO Box 3111, Southeastern, PA 19398-3111 |
| 5350118 | | EDI: GMACFS.COM | Aug 21 2025 22:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5348382 | + | EDI: GMACFS.COM | Aug 21 2025 22:48:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 5348383 | ^ | MEBN | Aug 21 2025 18:43:17 | American oradius International, 2420 Sweet Home Rd., Ste 150, Buffalo, NY 14228-2244 |
| 5348384 | | Email/Text: bk@avant.com | Aug 21 2025 18:45:00 | Avant, PO Box 1429, Carol Stream, IL 60132-1429 |
| 5348385 | | EDI: TSYS2 | Aug 21 2025 22:48:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5348386 | | EDI: TSYS2 | Aug 21 2025 22:48:00 | Barclay Card - Mercury Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5348387 | | Email/Text: cms-bk@cms-collect.com | Aug 21 2025 18:45:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5348388 | | EDI: CAPITALONE.COM | Aug 21 2025 22:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5350753 | | EDI: CAPITALONE.COM | Aug 21 2025 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5348390 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 21 2025 18:54:36 | Dell Financial, 1 Dell Way, Round Rock, TX 78682 |
| 5350832 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 18:53:34 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5348391 | | EDI: DISCOVER | Aug 21 2025 22:48:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 5350249 | | EDI: DISCOVER | Aug 21 2025 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5348394 | | Email/Text: BNSFN@capitalsvcs.com | Aug 21 2025 18:45:00 | First National, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 5348393 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 21 2025 18:45:00 | First Bankcard - Sheetz, PO Box 2557, Omaha, NE 68103-2557 |
| 5349937 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 21 2025 18:45:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5354582 | + | EDI: JEFFERSONCAP.COM | Aug 21 2025 22:48:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5348395 | | EDI: IRS.COM | Aug 21 2025 22:48:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5349987 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 18:54:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5348396 | + | Email/Text: contact@fiwlaw.com | Aug 21 2025 18:45:00 | Law Office of Frederick I. Weinberg, & Associates, P.C., 375 E. Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 5348397 | + | EDI: SYNC | Aug 21 2025 22:48:00 | Lowe's, PO Box 103104, Roswell, GA 30076-9104 |
| 5348399 | ^ | MEBN | Aug 21 2025 18:43:14 | NCB Management, PO Box 1099, Langhorne, PA 19047-6099 |
| 5363159 | | EDI: PRA.COM | Aug 21 2025 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5348400 | + | Email/Text: bankruptcy@patriotfcu.org | Aug 21 2025 18:45:00 | Patriot Federal Credit Union, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5348402 | | Email/Text: bk@rgsfinancial.com | Aug 21 2025 18:45:00 | RGS Financial, Inc., PO Box 852039, Richardson, TX 75085-2039 |
| 5570554 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 18:54:11 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570555 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 18:54:07 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 5348403 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 21 2025 18:45:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5349134 | + | EDI: AIS.COM | Aug 21 2025 22:48:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma, OK 73118-7901 |
| 5361446 | + | Email/Text: bncmail@w-legal.com | Aug 21 2025 18:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5348404 | + | EDI: WTRRNBANK.COM | Aug 21 2025 22:48:00 | Target, PO Box 9500, Minneapolis, MN |

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| 5352563 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 21 2025 18:45:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 55440-9500 |
| 5449528 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 21 2025 18:45:00 | U.S. Bank National Association, et. al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250, U.S. Bank National Association, et. al., C/O SELECT PORTFOLIO SERVICING 84165-0250 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5449527 | * | U.S. Bank National Association, et. al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Hannah Herman-Snyder | on behalf of Debtor 2 Kelly J Harsh hannah@thesnyderlawoffice.com shannon@thesnyderlawoffice.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Maurice L. Harsh hannah@thesnyderlawoffice.com shannon@thesnyderlawoffice.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Maurice L. Harsh (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–1366<br>EIN: __–_____ |
| Debtor 2: Kelly J Harsh (Spouse, if filing) (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–0253<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:20–bk–02309–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maurice L. Harsh                    Kelly J Harsh

**By the court:** _(signature)_

8/21/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**