Fill in this information to identify the case:

Debtor1        Maurice L. Harsh

Debtor 2       Kelly J Harsh
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                              (State)
Case number 1:20-bk-02309-HWV

# Form 4100R
# Response to Notice of Final Cure         10/15

___

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:  Mortgage Information**

Name of creditor:  U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R1, MORTGAGE-BACKED NOTES, SERIES 2021-R1

Court claim no. (if known): 9-1

Last 4 digits of any number you use to identify the debtor's account: 4167

Property address:      456 MOUNT PLEASANT ROAD
                       Number        Street

                       FAYETTEVILLE, PA 17222
                       City                    State       ZIP Code

**Part 2:  Prepetition Default Payments**

Check one:

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

**Part 3:  Postpetition Mortgage**

Check one:

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:    09 / 24 / 2025
                                                                     MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                                    (a) $_____
      b. Total fees, charges, expenses, escrow and costs outstanding:              + (b) $_____
      c. Total. Add lines a and b.                                                   (c) $_____

      Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                                     MM/  DD/ YYYY

Form 4100R          Response to Notice of Final Cure Payment          page 1

| Debtor 1 | Maurice L. Harsh | | | Case number *(if known)* | 1:20-bk-02309-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:  Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

**Part 5:  Sign Here**

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | X | /s/ Michelle L. McGowan | | Date | 9/4/2025 |
|---|---|---|---|---|---|
| | | Signature | | | |

| Print | Michelle L. McGowan | | | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 13010 Morris Rd., Suite 450 |
|---|---|
| | Number          Street |

| | Alpharetta, GA 30004 |
|---|---|
| | City       State       ZIP Code |

| Contact | 470-321-7112 | | Email | mimcgowan@raslg.com |
|---|---|---|---|---|

## CERTIFICATE OF SERVICE

        **I HEREBY CERTIFY** that on September 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Maurice L. Harsh
456 Mt. Pleasant Road
Fayetteville, PA 17222

Kelly J Harsh
456 Mt. Pleasant Road
Fayetteville, PA 17222

*And via electronic mail to:*

Hannah Herman-Snyder
183 Lincoln Way East
17201
Chambersburg, PA 17201

Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

        By: /s/ *Long-Giang Nguyen*

        Email: petnguyen@raslg.com