Fill in this information to identify the Fill in this information to identify the case:

Debtor 1   Maurice L. Harsh

Debtor 2   Kelly J. Harsh

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   20-02309 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 4167

**Date of payment change:**
Must be at least 21 days after date of this notice     10/24/2021

**New total payment:**     $1383.18
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $139.48        New escrow payment: $184.41

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Case 1:20-bk-02309-HWV   Doc   Filed 09/14/21   Entered 09/14/21 11:29:44   Desc
Document ID: 626a058094b50c5e03ca8d54f74e0f9a9ea6bffec52c9bd7f473bdac6a817d7f
Main Document      Page 1 of 3

(*Court approval may be required before the payment change can take effect.*)

Reason for change:_____

**Current mortgage payment:** $_____     **New mortgage payment:** $_____

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

Case 1:20-bk-02309-HWV    Doc    Filed 09/14/21    Entered 09/14/21 11:29:44    Desc
Document ID: 626a058094b50c5e03ca8d54f74e0f9a9ea6bffec52c9bd7f473bdac6a817d7f
Main Document    Page 2 of 3

| Debtor(s) | Maurice L. Harsh, Kelly J. Harsh | Case number (*if known*) 20-02309 HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*          Date  9/10/2021
Signature
**Print:** Rebecca Solarz
23 Aug 2021, 14:00:19, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701          Market Street, Suite 5000
         Number    Street
         Philadelphia,                PA    19106
         City                         State  ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

**Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this notice is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.