# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly J. Harsh<br>Maurice L. Harsh<br>                     Debtor(s) | BK NO. 20-02309 HWV<br><br>Chapter 13 |
| U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1<br>                     Movant<br>vs.<br><br>Kelly J. Harsh<br>Maurice L. Harsh<br>                     Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | Related to Claim No. 9-1 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 14, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Kelly J. Harsh
456 Mount Pleasant Road
Fayetteville, PA 17222

Maurice L. Harsh
456 Mount Pleasant Road
Fayetteville, PA 17222

<u>Attorney for Debtor(s)</u>
Aaron John Neuharth , Neuharth Law Offices
PO Box 359
Chambersburg, PA 17201

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>September 14, 2021</u>

                                                                  **/s/Rebecca A. Solarz, Esquire**
                                                                   Rebecca A. Solarz, Esquire
                                                                   Phone: (215) 825-6327
                                                                   Email: rsolarz@kmllawgroup.com