Fill in this information to identify the case:

Debtor 1 <u>Maurice L Harsh</u>

Debtor 2 <u>Kelly Harsh</u>
(Spouse, if filing)

United States Bankruptcy Court for the    <u>Middle District Of Pennsylvania</u>

Case number <u>20-02309</u>

<u>Official Form 410S1</u>

## Notice of Mortgage Payment Change                                        **12/15**

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1

**Court claim no**. (if known): <u>9</u>

**Last four digits** of any number you use to identify the debtor's    4167
account:

**Date of payment change: <u>08/24/2022</u>**
Must be at least 21 days after date of this notice

**New total payment:**    $ 1345.24

Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☐   No

☒     Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment**: $<u>184.41</u>              **New escrow payment:  $<u>146.47</u>**

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

☒   No
☐   Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not
       attached, explain why: _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

Case 1:20-bk-02309-HWV    Doc    Filed 05/04/22   Entered 05/04/22 13:28:56    Desc
Main Document    Page 1 of 2

## Part 3:  Other Payment Change

**3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒  No

❏  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan
     modification agreement.  (*Court approval may be required before the payment change can take effect.*)

       Reason for change: _____

**Current mortgage payment: $** _____  **New mortgage payment:  $** _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address
and telephone number.

Check the *appropriate* box.

❏ I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of
my knowledge, information, and reasonable belief.**

✖/s/ Rebecca A. Solarz _____          Date May 04, 2022
     Signature

Print:        <u>Rebecca A. Solarz</u>                            Title  <u>Attorney for Creditor</u>
                First Name        Middle Name     Last Name

Company   <u>KML Law Group, P.C.</u>

Address    <u>701</u>       <u>Market Street, Suite 5000</u>
            Number        Street
            Philadelphia,                PA    19106
            City                         State      ZIP Code

Contact phone  (215) 627–1322           Email <u>rsolarz@kmllawgroup.com</u>