**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kelly J. Harsh<br>Maurice L. Harsh<br>                       **Debtor(s)**<br><br>U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1<br>                       **Movant**<br>    vs.<br><br>**Kelly J. Harsh**<br>**Maurice L. Harsh**<br>                       **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>                       **Trustee** | BK NO. 20-02309 HWV<br><br>Chapter 13<br><br>Related to Claim No. 9-1 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 4, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kelly J. Harsh
456 Mount Pleasant Road
Fayetteville, PA 17222

Maurice L. Harsh
456 Mount Pleasant Road
Fayetteville, PA 17222

Attorney for Debtor(s)
Aaron John Neuharth , Neuharth Law Offices
PO Box 359
Chambersburg, PA 17201

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>May 4, 2022</u>

                                                 **/s/Rebecca A. Solarz, Esquire**
                                                 Rebecca A. Solarz, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 215-825-6327
                                                 rsolarz@kmllawgroup.com