Fill in this information to identify the Fill in this information to identify the case:

Debtor 1    Maurice L. Harsh

Debtor 2    Kelly J. Harsh

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   20-02309 HWV

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 | **Court claim no**. (if known): 9-1 |
| **Last 4 digits** of any number you use to identify the debtor's account: 4167 | **Date of payment change:** Must be at least 21 days after date of this notice    06/24/2023 <br> **New total payment:**   $1341.63 <br> Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $146.47          New escrow payment: $142.86

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Case 1:20-bk-02309-HWV    Doc    Filed 05/22/23   Entered 05/22/23 14:24:20    Desc
Document ID: d999ec33755f6cb57919ced50e2b0118ce6ebeb32425c5a3e58279b002239b3
                            Main Document    Page 1 of 3

(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

Official Form 410S1         **Notice of Mortgage Payment Change**         page 2

Case 1:20-bk-02309-HWV    Doc    Filed 05/22/23   Entered 05/22/23 14:24:20   Desc
Document ID: d999ec33755f6cb57919ced50e2b0118ce6ebeb32425c5a3e58279b002239b63
Main Document       Page 2 of 3

| Debtor(s) | Maurice L. Harsh, Kelly J. Harsh | Case number (*if known*) 20-02309 HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*  Date  05/18/2023
Signature

Print: Michael Farrington
18 May 2023, 10:21:05, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701  Market Street, Suite 5000
         Number  Street
         Philadelphia,              PA    19106
         City                       State ZIP Code

Contact phone  (215) 627–1322      Email  bkgroup@kmllawgroup.com