# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maurice L. Harsh<br>　　　　Kelly J. Harsh<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1**<br>　　　　　　　　　　　　**Movant**<br>　　　　　　　vs.<br><br>**Maurice L. Harsh**<br>**Kelly J. Harsh**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　　**Trustee** | BK NO. 20-02309 HWV<br><br>Chapter 13<br><br>Related to Claim No. Claim 9-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 22, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Kelly J. Harsh
456 Mount Pleasant Road
Fayetteville, PA 17222

Maurice L. Harsh
456 Mount Pleasant Road
Fayetteville, PA 17222

Attorney for Debtor(s) (via ECF)
Hannah Herman-Snyder
Niklas & Snyder
183 Lincoln Way East
Chambersburg, PA 17201

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>May 22, 2023</u>

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　mfarringttton@kmllawgroup.com